# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21858-CV-KING

MONICA MATTEO-SALINAS,
*an individual*,

      Plaintiffs,

v.

CAMPUS ELECTION ENGAGEMENT PROJECT
INC, a *Delaware Corporation,*
OHIO CAMPUS COMPACT*,*
*an Ohio Corporation,*

      Defendants.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the court upon the Joint Notice of Settlement (D.E. #22), filed September 14, 2022.  Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED**.  The Court shall retain jurisdiction to enforce the terms of the agreement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. All Discover Deadlines, Motion Practice, Pretrial Conference and Trial dates are hereby cancelled.

4. The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 15th day of September, 2022.

                                                                                         *James Lawrence King*
                                                                                         JAMES LAWRENCE KING
                                                                                         UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*
**Keith Michael Stern**
Law Office of Keith M. Stern, P.A.
80 SW 8th Street, Suite 2000
Miami, FL 33130
3059011379
Fax: 561-288-9031
Email: employlaw@keithstern.com

*Counsel for Defendant:*
Scott Stephan Allen
Jackson Lewis P.C.
2 S Biscayne Boulevard
Suite 3500 One Biscayne Tower
Miami, FL 33131-1802
305-577-7600
Fax: 373-4466
Email: allens@jacksonlewis.com

Jason Alexander Anon
Jackson Lewis P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, FL 33131
(954) 577-7600
Fax: (305) 373-4466
Email: Jason.Anon@JacksonLewis.com

Anastasia Protopapadakis

GrayRobinson, P.A.

333 S.E. 2nd Avenue

Suite 3200

Miami, FL 33131

305-913-6786

Fax: 305-416-6887

Email: anastasia.protopapadakis@gray-robinson.com